# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:19-cv-00135-FDW

| | |
|---|---|
| MATTHEW JAMES GRIFFIN, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| ERIC A. HOOKS, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on its own motion on the Clerk's Order granting Plaintiff's Motion for Entry of Default [Doc. 36] and on Plaintiff's Motion for Entry of Default [Doc. 33].

Plaintiff filed a Motion for Entry of Default on January 13, 2020, seeking that the Court enter the default of Defendants Dye, Quinn, and Clawson ("Defendants"). [Doc. 33]. On January 16, 2020, the Clerk granted Plaintiff's motion for entry of default. [Doc. 36]. This entry of default, however, was entered inadvertently, as these Defendants had not yet failed to plead or otherwise respond. Fed. R. Civ. P. 55(a). As such, for good cause shown,

**IT IS HEREBY ORDERED** that the default entered on January 16, 2020, [Doc. 36] is hereby **LIFTED** and Plaintiff's Motion for Entry of Default [Doc. 33] is **DENIED**. The deadlines for all Defendants to answer or otherwise respond to Plaintiff's Complaint in this case remain in effect.

Signed: January 20, 2020

Frank D. Whitney
Chief United States District Judge