# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:19-cv-00135-MR

| | |
|---|---|
| MATTHEW JAMES GRIFFIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| ERIK A. HOOKS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on review of this docket in this matter.

On September 7, 2021, the Court noted that Defendant Bentley, who was served with summons and complaint on June 24, 2021, had not yet answered or otherwise responded to Plaintiff's Second Amended Complaint. [Doc. 137 at n.1]. The Court, therefore, order Plaintiff to take further action to prosecute this action against Defendant Bentley. [Id. at 9]. The Court advised Plaintiff that his failure to take such action would result in the dismissal of Defendant Bentley without prejudice. [Id.].

More than 14 days have passed, and Plaintiff has not taken any further action to prosecute this case against Defendant Bentley. The Court will, therefore, dismiss Defendant Bentley without prejudice.

# **ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant Bentley is hereby **DISMISSED** without prejudice as a Defendant in this matter.

**IT IS SO ORDERED**.

Signed: October 26, 2021

Martin Reidinger
Chief United States District Judge