IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00135-MR

| | | |
|---|---|---|
| MATTHEW JAMES GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ERIK A. HOOKS, | ) | |
| *Secretary of the NCDPS*, | ) | |
| W. DAVID GUICE, *Chief Deputy,* | ) | |
| *Secretary of the NCDPS*, | ) | |
| KENNETH E. LASSITER | ) | |
| *Director of Prisons of the NCDPS*, | ) | |
| ERIC T. DYE | ) | |
| *Assistant Superintendent at the* | ) | |
| *Alexander Correctional Institution*, | ) | |
| KENNETH A. BEAVER | ) | |
| *Superintendent of Alexander* | ) | |
| *Correctional Institution*, | ) | |
| FINESSE G. COUCH | ) | |
| *Executive Director of the NCDPS*, | ) | |
| ELIZABETH D. WALLACE | ) | |
| *investigator/examiner of the NCDPS*, | ) | |
| FNU CLIFTON | ) | |
| *Lieutenant at Alexander* | ) | |
| *Correctional Institution*, | ) | |
| FNU QUINN | ) | |
| *Sergeant at Alexander* | ) | |
| *Correctional Institution*, | ) | |
| CHRISTOPHER CALDWELL | ) | |
| *Officer at Alexander* | ) | |
| *Correctional Institution* | ) | |
| *formerly known as FNU Caldwell*, | ) | |
| DOES 1-40, | ) | |
| FNU CLAWSON | ) | |
| *Officer at Alexander* | ) | |
| *Correctional Institution*, | ) | |

| | |
|---|---|
| BRANDON BRYAN | ) |
| *Officer at Alexander* | ) |
| *Correctional Institution* | ) |
| *also known as* | ) |
| *Unknown Doe #2,* | ) |
| DARREN DAVES | ) |
| *Supervisor at Alexander* | ) |
| *Correctional Institution* | ) |
| *also known as* | ) |
| *Unknown Doe #4,* | ) |
| CARLTON JOYNER | ) |
| *Deputy Director of* | ) |
| *NC Division of Prisons* | ) |
| *also known as* | ) |
| *Unknown Doe #11,* | ) |
| REUBEN YOUNG | ) |
| *Deputy Secretary of the* | ) |
| *Department of Public Safety* | ) |
| *formerly known as* | ) |
| *Unknown Doe #12* | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

This matter is before the undersigned following the Order of the District Court referring this case for a judicial settlement conference. Doc. 153.

A judicial settlement conference is set for **Tuesday, January 11, 2022 from NOON to 2:00 p.m**. Eastern Time.

The conference will be conducted by telephone. Call-in information will be provided to Defendants by separate communication.

Plaintiff shall participate in the conference from Lea County Correctional Facility, Plaintiff's present place of incarceration. Lea County Correctional Facility shall ensure that the necessary accommodations are

made to allow Plaintiff to participate in the settlement conference. To the extent possible, Plaintiff shall be allowed to participate in the settlement conference in a private setting and with access to his case materials.

Defendants and their counsel may participate in the conference from any location they deem appropriate, provided that Defendants and their counsel participate using a single conference line. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of Defendants, to the extent Defendants themselves do not have such authority. Any such person shall also participate using the same conference line as Defendants and their counsel.

Any request seeking permission to modify the terms of this Order shall be filed no later **than December 28, 2021** or be subject to summary denial.

**Defense counsel shall ensure that the Warden and/or Plaintiff's case manager at Lea County Correctional Facility receive notice of the conference, including call-in information and a copy of this Order**.

Consistent with other Orders entered in this matter, see Doc. 149, the Clerk is respectfully instructed to email a copy of this Order to James Trachtman, Special Deputy Attorney General, North Carolina Department of Justice at jtrachtman@ncdoj.gov.

It is so ordered.

Signed: December 6, 2021

W. Carleton Metcalf
United States Magistrate Judge