UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

No. 3:19-cv-00135-MR

FILED
CHARLOTTE, NC

MAY 31 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

MATTHEW JAMES GRIFFIN,

Plaintiff,

vs.

Erik A. Hooks, et al.,

Defendants.

Plaintiff's Motion
For An Order
To Show Cause
For Defendants'
Violation of Court
Order (doc. 172).

Plaintiff, Matthew James Griffin
pro se, hereby moves this Court
for an Order requiring the
Defendants' to Show Cause in

1

writing why they should not
be held in contempt and sanctioned
for violating this Courts Order
(Doc. 172). In support of his
motion, Plaintiff would show:

1. By Court Order Defendants
who had suggested a trial by
video depositions were required to
advance payment for those
depositions. See, Order (Doc 172).

2. In violation of the Court
Order Defendants failed to pay
for the depositions. Id.

3. Instead Defendants
shifted the billing to Plaintiff.
See, ~~Exhi~~ Attachment #1.

2

4. This prevents Plaintiff from taking depositions in this or any other case, because it now appears that Plaintiff did not pay a Court Reporter — when in fact it was the Defendants.

5. Meanwhile, Defendants employer simultaneously collected $15.00 Dollar "re-payments" from Plaintiff for deposition costs that they never incurred because they violated the Court Order (doc 172) and never paid the Court Reporter. See Attachments 2, 3 e4 ($15.00 Dollar payments of Plaintiff).

3

. 6. Defendants should be held in contempt and/or be sanctioned in the amount of $10,000.00 Dollars. Any monetary sanction should be payable to the Clerk within 21 days and should be used by this Court to employ an attorney in this civil action for Plaintiff — due to Defendants intentional violation of this Courts Order (Doc. 122) and because they wrongfully took "re-payment" from a handicapped prisoner plaintiff where they had in

4

Fact not incurred any cost due to their wrongful non-payment of a Court Reporter.

7. This type of misconduct undermines the administration of justice because in the future Court Reporters will not want to work on cases where one side is an unrepresented prisoner plaintiff. This Court must use its inherent authority to put an end to misconduct which will have far reaching effects beyond this case.

5

Wherefore, Plaintiff requests that this Court enter an Order to show cause and that Defendants be held in contempt and sanctioned in the amount of $10,000.00 dollars with any monetary sanction to be used to employ an attorney for the handicapped prisoner Plaintiff.

Dated this 27~~th~~ Day of May 2024.

_MATTHEW JAMES GRIFFIN_
Y53580
10930 Lawrence Road
Sumner, IL 62466

Certificate of Service
Filed Seperately.

6