IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:19-cv-00135-MR

| | |
|---|---|
| **MATTHEW JAMES GRIFFIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| **ERIK A. HOOKS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

For the sake of economy, the Court herein incorporates its previous Orders in this matter. On August 30, 2023, the Court ordered Defendants to manually file a copy of the Master Trial Notebook in this case on completion of the video trial depositions. [Doc. 202 at 15]. On March 18, 2024, the Court granted Defendants' motion for an extension of time to file the Master Trial Notebook and ordered that Defendants shall have ten (10) days from receipt of the final transcript of the trial video depositions in this matter to manually file the Master Trial Notebook. [Doc. 248 at 20]. According to the docket in this matter, it appears that the final video trial depositions to be conducted in

this matter were completed on or about June 6, 2024. [See Doc. 267]. Defendants, however, have not yet filed the Master Trial Notebook in this case as ordered. As such, the Court will order Defendants to manually file the Master Trial Notebook as previously ordered by the Court within 14 days of this Order. <u>In addition to the contents previously ordered by the Court, the Court orders that Defendants shall also include copies of the transcripts of the video trial depositions conducted in this matter</u>. The Court will request that Defendants submit two (2) copies of this Notebook for the Court's use.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendants shall **MANUALLY FILE** two (2) copies of the Master Trial Notebook in accordance with the terms of this Order within 14 days of this Order.

**IT IS FURTHER ORDERED** that Defendants shall **MAIL** the Master Trial Notebooks for manual filing to the following address:

> United States District Court
> Western District of North Carolina
> 100 Otis Street, Room 309
> Asheville, North Carolina 28801

**IT IS SO ORDERED.**

Signed: August 12, 2024

*Martin Reidinger*
Chief United States District Judge