UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

DEC 23 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

No. 3:19-cv-00135-MR

Matthew James GRIFFIN,

    Plaintiff,

vs.

Erik A. Hooks, et al,

    Defendants.

| |
|---|
| Plaintiff's Video Jury Trial Page/Line Deposition Designations |
| |
| prison mailbox rule date: 15DEC2024 |

Plaintiff, makes the following
Video Jury Trial Page/Line
Deposition designations

<u>1</u>

# Plaintiff's Page/Line Designations

1. Video Trial Deposition of Defendant Jeffery Clawson 10Jan2024,

   - From page 4, Line 1 through page 44, Line 16

   - excluding from page 36 Line 19 through page 44, Line 16 Defendants Testimony is more prejudicial than probative and it is hearsay which does not evince personal knowledge. See page 41 Line 10 through page 42 Line 24 (lack of personal knowledge).

2

2. Video Trial Deposition of
   Defendant Joshua Quinn
   10 JAN 2024
   • From page 4, Line 1
     through page 46, Line 8

3. Video Trial Deposition of
   Defendant Christopher Caldwell
   10 JAN 2024
   • From page 4, Line 1
     through page 18, Line 19

4. Video Trial Deposition of
   Plaintiff Matthew James GRIFFIN
   19 JAN 2024
   • From page 6, Line 1
     through page 75, Line 4

3

5. Video Trial Deposition of Defendant Kenneth Lassiter 06JUN2024

- from page 4, Line 1 through page 68, Line 19

  - excluding page 68 Line 20 through page 75 Line 6 (objections and arguments of the representative Plaintiff and Defense Counsel)(speaking objections).

6. Video Trial Deposition of Thomas Reddick 06JUN2024

- from page 4, Line 1 through page 31, Line 25.

4

Delivered to prison officials for mailing and Dated this __15__ Day of December, 2024.

_____
MATTHEW JAMES GRIFFIN
Y53580
10930 Lawrence Road
Sumner, IL 62466


Served via the Courts CM/ECF System as evidenced by the system generated NEF to all registered participants.

_____
Plaintiff