IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CASE NO. 3:19-CV-00135-MR

| | |
|---|---|
| MATTHEW JAMES GRIFFIN, | ) |
| Plaintiff, | ) **DEFENDANTS' OBJECTIONS TO** |
| | ) **PLAINTIFF'S VIDEO JURY TRIAL** |
| v. | ) **PAGE/LINE DEPOSITION** |
| | ) **DESIGNATIONS [D.E. 285]** |
| ERIC A. HOOKS, *et al.*, | ) |
| Defendants. | ) |

Defendants Eric A. Hooks, W. David Guice, Kenneth E. Lassiter, Eric T. Dye, Finesse G. Couch, Elizabeth D. Wallace, Chad E. Clifton, Jeffrey S. Clawson, Joshua T. Quinn, Christopher Caldwell, Carlton Joyner, Brandon Bryan, Darren Daves and Reuben Young (hereinafter "Defendants"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 32(c) and Fed. R. Civ. P. 26(a)(3)(B), hereby file the following objections to Plaintiff's Video Jury Trial Page/Line Deposition Designations [D.E. 285]. In summary, Defendants object to the following page/line designations of the video depositions filed by Plaintiff:

## I. DEPOSITION OF JEFFREY CLAWSON

- Objection to Page 24, Lines 4 – 8. Assumes Facts Not in Evidence.

## II. DEPOSITION OF JOSHUA QUINN

- Objection as to Page 21, Lines 15 – 17. Assumes Facts Not in Evidence.

- Objection as to Page 33, Lines 9 – 13. Asks for opinion as to "injuries" by a lay witness. Fed. R. Evid. 701.

1

- Objection to Page 37, Line 17 to Page 40, Line 3. Relevance; Jurors do not need to hear this non-evidentiary colloquy between Plaintiff and Special Deputy Attorney General Nichols.

### III. DEPOSITION OF CHRISTOPHER CALDWELL

- Objection to Page 10, Lines 7 – 21. Calls for Legal Conclusion.
- Objection to Page 17, Line 10 to Page 18, Line 19. Relevance.

### IV. DEPOSITION OF MATTHEW JAMES GRIFFIN

- Objection to page 8, Line 15 to Page 16, Line 19. Relevance.
- Objection to Page 11, Line 17 to Page 16, Line 19. Lack of Foundation.
- Objection to Page 18, Line 25 to Page 20, Line 24. Assumes Facts not in Evidence, Relevance, and Lack of Foundation.
- Objection to Page 21, Line 23 to Page 23, Line 8. Assumes Facts not in Evidence, Relevance, and Lack of Foundation.
- Objection to Page 26, Line 2 to Page 27, Line 22. Assumes Facts not in Evidence, Relevance, and Lack of Foundation.
- Objection to Page 28, Line 4 – 19. Assumes Facts not in Evidence, Relevance, and Lack of Foundation.
- Objection to Page 30, Line 15 to Page 32, Line 21. Assumes Facts not in Evidence, Lack of Foundation.
- Objection to Page 34, Line 11 to Page 36, Line 2. Assumes Facts Not in Evidence, Lack of Foundation.
- Objection to page 42, Lines 5 – 13. Hearsay.
- Objection to Page 45, Lines 5 – 17. Lack of Foundation and Relevance.

- Objection to Page 47, Lines 13 – 21. Hearsay.
- Objection to Page 48, Lines 19 – 23. Hearsay.
- Objection to Page 53, Lines 1 – 23. Assumes Facts Not in Evidence, Lack of Foundation.
- Objection to Page 55, Lines 1 – 16. Assumes Facts Not in Evidence, Lack of Foundation.
- Objection to Page 56, Line 10 to Page 63, Line 20. Documents speak for themselves
- Objection to Page 57, Lines 21 – 22. Assumes Facts Not in Evidence, Lack of Foundation.
- Objection to Page 58, Lines 10 – 11. Assumes Facts Not in Evidence, Lack of Foundation.
- Objection to Page 58, Lines 18 – 19. Assumes Facts Not in Evidence, Lack of Foundation.
- Objection to Page 62, Lines 8 – 15. Hearsay.
- Objection to Page 63, Line 20 to Page 64, Line 20. Assumes Facts Not in Evidence, Lack of Foundation, Relevance.
- Objection to Page 64, Line 24 to Page 65, Line 8. Assumes Facts Not in Evidence, Lack of Foundation, Relevance.
- Objection to Page 65, Line 9 to Page 66, Line 24. Document speaks for itself, Assumes Facts Not in Evidence, Lack of Foundation.
- Objection to Page 67, Line 7 – 25. Lack of Foundation, Hearsay, Calls for Legal Conclusions.
- Objection to Page 68, Lines 7 – 19. Lack of Foundation Document speaks for itself.

### V. **DEPOSITION OF KENNETH LASSITER**

- Objection to Page 18, Line 12 to Page 23, Line 14. Relevance.
- Objection to Page 25, Lines 8-23. Ambiguity.
- Objection to Page 27, Line 17 to Page 31, Line 10. Relevance. Assumes Facts Not in Evidence.

3

- Objection to Page 42, Lines 1-9.  Relevance.

- Objection to Page 42, Line 17 to Page 43, Line 24.  Relevance.

- Objection to Page 46, Line 14 to Page 49, Line 23.  Relevance given that Lassiter was being deposed solely as to Plaintiff's policy claim.

- Objection to Page 52, Line 4 to Page 61, Line 4.  Relevance.

- Objection to Page 57, Line 4 to Page 58, Line 18.  Asks for opinion "beginning of puffiness," "bumps coming in," "the formation of – of lumps," and "a lump coming in" by a lay witness. Fed. R. Evid. 701.

- Objection to Page 62, Lines 12-21.  Compound question, ambiguity.

- Objection to Page 63, Line 24 to Page 64, Line 7.  Calls for a legal conclusion.

- Objection to Page 67, Line 7 to Page 68, Line 20.  Relevance.

## VI. DEPOSITION OF THOMAS E. REDDICK

- Objection to Page 9, Line 6 to Page 10, Line 13.  Relevance.

- Objection to Page 25, Lines 22-24.  Calls for speculation.

- Objection to Page 26, Line 20 to Page 27, Line 1.  Calls for speculation.

- Objection to Page 28, Line 21 to Page 30, Line 11.  Relevance.

Respectfully submitted, this the 7th day of January, 2025.

                    **JEFF JACKSON**
                    **Attorney General**

                    /s/ Richard A. Paschal
                    Richard A. Paschal
                    Special Deputy Attorney General
                    N.C. State Bar No. 27300
                    N.C. Department of Justice
                    P.O. Box 629
                    Raleigh NC  27602-0629

Telephone: (919) 716-6524
Facsimile: (919) 716-6761
E-mail: rpaschal@ncdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on the above date, I electronically filed the foregoing **DEFENDANTS' OBJECTIONS TO PLAINTIFF'S VIDEO JURY TRIAL PAGE/LINE DEPOSITION DESIGNATIONS [D.E. 285]** with the Clerk of the Court using the CM/ECF System. I also certify that, on the date below, I caused to be served this document on all non-CM/ECF participant(s) by depositing a copy in the U.S. mail, postage paid, addressed as follows:

Matthew James Griffin
Y53580
Lawrence Correctional Center
10930 Lawrence Road
Sumner, IL 62466

This the 7th day of January, 2025.

/s/ Richard A. Paschal
Richard A. Paschal
Special Deputy Attorney General