UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00135-MR

| | | |
|---|---|---|
| MATTHEW JAMES GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| | ) | |
| ERIK A. HOOKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court *sua sponte* on Plaintiff's "Partial Response To The Supplemental PreTrial Order (doc. 279), Regarding A Second Settlement Conference." [Doc. 288].

On March 22, 2022, a judicial settlement conference in this matter was conducted by Magistrate Judge W. Carleton Metcalf. [3/22/2022 Minute Entry]. The parties reached an impasse. [Id.]. Currently, the parties and the Court are preparing for a trial in this matter to be conducted by video trial deposition. On October 7, 2024, the Court entered a Supplemental Pretrial Order in which the Court ordered that the parties may request a second settlement conference at any time. [Doc. 279 at 8].

Now before the Court is Plaintiff's filing in which he requests a second settlement conference. [Doc. 288].

The Defendants, therefore, are ordered to notify the Court within ten (10) days of this Order if they consent to participating in a judicial settlement conference pursuant to Local Civil Rule 16.3(d) in an effort to settle this matter without a trial.

The parties are advised that, should a judicial settlement conference being undertaken in this matter to facilitate settlement, there is no requirement that the case settle through such a conference. Rather, if a judicial settlement conference were unsuccessful, the matter would proceed to trial. Should Defendants object to a second settlement conference, this matter will proceed to trial as previously ordered. Nothing in this Order shall be construed to change any pending or future deadlines in this matter.

## ORDER

**IT IS THEREFORE ORDERED** that Defendants shall **NOTIFY** the Court within ten (10) days of this Order if they consent to a judicial settlement conference in this matter in accordance with the terms of this Order.

**IT IS SO ORDERED**.

Signed: January 13, 2025

Martin Reidinger
Chief United States District Judge