UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
File No.: 3:19-CV-00135-MR

MATTHEW JAMES GRIFFIN,
  Plaintiff,

v.

ERIK A. HOOKS, et al.,
  Defendants.

**JOINT STIPULATION OF DISMISSAL**

*Pro Se* Plaintiff Matthew James Griffin and Defendants Erik Hooks, W. David Guice, Kenneth Beaver, Kenneth E. Lassiter, Eric T. Dye, Finesse G. Couch, Elizabeth D. Wallace, Chad E. Clifton, Jeffrey S. Clawson, Joshua T. Quin, Christopher Caldwell, Carlton Joyner, Brandon Bryan, Darren Daves, and Reuben Young, by and through counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice as to all claims herein.

[SIGNATURE PAGE TO FOLLOW]

Stipulated to:

_____   16 MAY 2025
Matthew James Griffin, Plaintiff          Date


JEFF JACKSON
Attorney General

_____
Alex R. Williams (N.C.S.B. No. 41679)
Section Head, Public Safety Section
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27699-9001
Telephone: 919-716-6528
Facsimile: 919-716-6761
awilliams@ncdoj.gov
*Counsel for Defendant*